UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**MYRA DELIBERTO**                                                                 **CIVIL ACTION**

**VERSUS**                                                                          **No. 11-1104**

**LOWE'S HOME CENTERS, INC.**                                          **SECTION "I"**

## ORDER

Considering the parties' joint motion[1] to dismiss plaintiff's claims with prejudice,

**IT IS ORDERED** that the motion is **GRANTED**. All of plaintiff Myra Deliberto's claims asserted, or which could have been asserted, against defendant, Lowe's Home Centers, Inc., are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, July 14th, 2011.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 6.